UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FRANCIS DONALD COTA, )
                     ) No. CV-05-021-CI
      Petitioner,    )
                     ) ORDER ADOPTING REPORT
v.                   ) AND RECOMMENDATION AND
                     ) DISMISSING PETITION WITH
KENNETH QUINN,       ) PREJUDICE
                     )
      Respondent.    )
_____)

Magistrate Judge Imbrogno filed a Report and Recommendation on February 16, 2006, recommending the Petition in this matter be dismissed with prejudice. There being no objections, the court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED WITH PREJUDICE;** each party shall bear its own costs.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Petitioner and counsel for Respondent. Judgment shall be entered for Respondent, and the file shall be closed.

DATED this 9th day of March, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING PETITION WITH PREJUDICE - 1