UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

```
FRANCIS DONALD COTA,              )
                                 )   No. CV-05-021-CI
                Petitioner,      )
                                 )   ORDER ADOPTING REPORT AND
     v.                          )   RECOMMENDATION
                                 )
KENNETH QUINN,                   )
                                 )
                Respondent.      )
_____  )
```

Magistrate Judge Imbrogno filed a Report and Recommendation ® & R) on August 20, 2007, recommending Petitioner's second Motion for extension of time to file be denied. (Ct. Rec. 58.) Objections to the R & R were due on September 5, 2007. There being no objections filed, the court **ADOPTS** the Report and Recommendation. The Motion for extension of time (Ct. Rec. 56, 57) is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Petitioner. The file shall be closed and no further filings in this matter shall be accepted by the Clerk except an appeal of entry of this Order.

DATED this 20th day of September, 2007.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1